IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WEST CENTRAL COMMUNITY | ) | Case No. 24-80269 |
| SERVICES, INC. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## UNCLAIMED FUNDS LIST

Take notice that $13,178.61 remains on deposit at TriState Capital Bank account no. xxxxxx9447, standing in my name as trustee of this chapter 7 bankruptcy estate.  It further appears that the following is entitled to this money:

| Name & Address | Amount |
|---|---|
| Administration for Children & Families | $13,178.61 |
| c/o Dept. of HHS, Office of Head Start | |
| 77 West Jackson Blvd., Suite 2100 | |
| Chicago, IL 60604 | |

On 08/15/2025, and pursuant to this Court's Order (Doc. 21) granting my Motion to Pay, I issued check no. 101 from the chapter 7 estate account payable to the Administration for Children and Family Services in the amount of $13,178.61, representing non-estate funds collected by the undersigned trustee. See Doc. 21. The check was mailed to the address above, but was returned undeliverable. Several additional unsuccessful efforts were made to locate ACF and remit the funds in question.

Based on my subsequent discussions with the United States Attorney's Office, there is no known location to which I can direct and send these funds, and the best course of action is to deposit these funds as unclaimed with the court, so the ACF or its successor(s) in interest can apply for payment thereof at a later date to allow this case to close.

Pursuant to Fed.R.Bankr.P. 3011, a check in the amount of $13,178.61, payable to the U.S. Bankruptcy Court Clerk, and written from the chapter 7 estate checking account will be mailed to the Clerk following the filing of this unclaimed funds list. Should ACF or its successor(s) in interest wish to receive payment of this amount, application must be separately made to the clerk of this Court.

Respectfully submitted,

/s/ Andrew S. Erickson
ANDREW S. ERICKSON
Chapter 7 Trustee
IL ARDC Reg No. 6305805
PO Box 438
Decatur, IL 62525-0438
aetrustee@aericksonlaw.com

CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on January 5, 2026 and that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

US TRUSTEE
Sumner A. Bourne
David H. Hoff
Hinal A. Patel

/s/ Andrew S. Erickson

CERTIFICATE OF SERVICE

The undersigned further certifies that on January 5, 2026, a copy of the foregoing instrument was also sent, via first class U.S. mail, to the following:

Administration for Children & Families
US Dept. of Health & Human Services
OGC, 230 S. Dearborn St., Suite 3187
Chicago, IL 60604

Administration for Children and Families
Attn: Attorney Hinal Patel, AUSA
318 South 6th St.
Springfield, IL 62701

Catrina Miksis, ACF OGC
230 S. Dearborn Steet
Suite 3187
Chicago, IL 60604

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney
Central District of Illinois
318 S. Sixth St
Springfield, IL 62701

/s/ Andrew S. Erickson